IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM L. BREEDEN,** | : | CIVIL ACTION NO. 1:21-CV-496 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SGT. REIHART**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 17th day of February, 2022, upon consideration of the motion (Doc. 22) to compel discovery filed by plaintiff, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 22) to compel discovery is GRANTED in part and DENIED in part.

2. The motion is granted to the extent that it seeks to compel production of documents responsive to plaintiff's October 31, 2021 request for "[a]ny and all, originals, copies of, DC-ADM 804, Inmate Grievance Complaints filed against Defendant Reihart for any unlawful or illegal entry of Inmate Cells, and, the confiscation of personal property, or, items of inmates' from January [2017 through December 2020]." (See Doc. 27-1 at 4 (errors in original)).

3. Defendant shall produce the aforementioned discovery on or before **March 17, 2022**.

4. The motion to compel discovery is denied in all other respects.

5. In light of this ruling, the deadline for the filing of any dispositive motions is EXTENDED to **April 18, 2022**.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania